Same case below, 646 F.3d 569.

No. 11-7017. Janice R. Smets, Petitioner v. Merit Systems Protection Board.

565 U.S. 1071, 132 S. Ct. 799, 181 L. Ed. 2d 505, 2011 U.S. LEXIS 8402.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 426 Fed. Appx. 890.

No. 11-7025. Roy Keith Lucas, Petitioner v. United States.

565 U.S. 1071, 132 S. Ct. 790, 181 L. Ed. 2d 505, 2011 U.S. LEXIS 8428.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 440 Fed. Appx. 188.

No. 11-7026. Derrick Adrian Johnson, Petitioner v. United States.

565 U.S. 1071, 132 S. Ct. 791, 181 L. Ed. 2d 505, 2011 U.S. LEXIS 8315,

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-7028. Charles Edward Lepp, Petitioner v. United States.

565 U.S. 1071, 132 S. Ct. 790, 181 L. Ed. 2d 505, 2011 U.S. LEXIS 8351.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 446 Fed. Appx. 44.

No. 11-7030. Tomas Jaimes-Campos, Petitioner v. United States.

565 U.S. 1071, 132 S. Ct. 790, 181 L. Ed. 2d 505, 2011 U.S. LEXIS 8439.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 442 Fed. Appx. 876.

No. 11-7031. Bradley Maurice James, Petitioner v. United States.

565 U.S. 1071, 132 S. Ct. 790, 181 L. Ed. 2d 505, 2011 U.S. LEXIS 8318.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 439 Fed. Appx. 219.

No. 11-7032. Fernando Beltran, Petitioner v. United States.

565 U.S. 1071, 132 S. Ct. 790, 181 L. Ed. 2d 505, 2011 U.S. LEXIS 8353.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 440 Fed. Appx. 133.

No. 11-7036. Theodore Johnson, Petitioner v. United States.

565 U.S. 1071, 132 S. Ct. 790, 181 L. Ed. 2d 505, 2011 U.S. LEXIS 8406.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.